AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*February 13, 2022*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Luis HERNANDEZ Reyes  YOB: 1989  CITIZENSHIP: Mexico  Merle RAMIREZ Gonzalez  YOB: 1981  CITIZENSHIP: Mexico | ) ) ) ) | Case No.  M-22-0299-M |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 12, 2022  in the county of  Cameron  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841, 846 | -conspiracy to possess with the intent to distribute approximately 85.38 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✔ Continued on the attached sheet.

Complaint approved by AUSA Robert Wells

Sworn to and executed by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: February 13, 2022  2:32 PM

City and state:  McAllen, Texas

/S/ Janet Dougherty
*Complainant's signature*

Janet Dougherty, U.S. H.S.I. Special Agent
*Printed name and title*

*Judge's signature*

U.S. Magistrate Judge Nadia Medrano
*Printed name and title*

ATTACHMENT A

On February 12, 2022, Homeland Security Investigations (HSI), McAllen received information from Customs and Border Protection (CBP), Office of Field Operations (OFO), at the Los Indios, Texas Port of Entry (POE), in reference to the seizure of cocaine, which was discovered in a non-factory compartment in the floor of a Ford Expedition making entry into the United States from Mexico. The driver was identified as Luis HERNANDEZ-Reyes and the passenger was identified as Merle RAMIREZ-Gonzalez. Documents found within the vehicle upon inspection revealed the insurance was placed under HERNANDEZ-Reyes' name.

CBP Officers (CBPO) stated the Ford Expedition, driven by HERNANDEZ-Reyes with passenger RAMIREZ-Gonzalez, arrived at the primary inspection lane at approximately 10:20AM. CBPO Munoz stated he obtained a negative declaration from HERNANDEZ-Reyes. CBPO Munoz stated HERNANDEZ-Reyes stated the purpose of the trip was for shopping. CBPO Munoz referred the Ford Expedition to secondary inspection for a computer-generated referral. Once at secondary inspection, CBPO Flores obtained a negative declaration from HERNANDEZ-Reyes. CBPOs then referred the Ford Expedition to get inspected using X-Ray technology. At that time, CBPOs observed an anomaly in the floor of the vehicle. CBP Canine Officer advised his canine alerted to the presence of trained odor from the floorboard of the rear passenger seat. Upon further inspection, CBPOs found a non-factory compartment in the Ford Expedition concealing approximately 77 packages weighing approximately 85.38 kg of a white powdery substance which field tested positive for the characteristics of cocaine. HSI McAllen was apprised of the incident and responded to the POE.

During a post Miranda interview of HERNANDEZ-Reyes, he stated he had placed the vehicle insurance for the Ford Expedition under his name in Mexico that same day prior to crossing. HERNANDEZ-Reyes stated the vehicle was under his name, but it did not belong to him. HERNANDEZ-Reyes stated he was recruited to cross narcotics from Mexico into the United States. HERNANDEZ-Reyes stated he was asked by individuals in Mexico for his personal information to place the vehicle under HERNANDEZ-Reyes' name. HERNANDEZ-Reyes stated he was told by individuals involved in the organization that he would be crossing the vehicle from Mexico to the U.S. numerous times for he and RAMIREZ-Gonzalez to have crossing history with the vehicle. HERNANDEZ-Reyes stated he was told he would not have narcotics on the trip on February 12, 2022, but that he would be crossing narcotics in the future. HERNANDEZ-Reyes stated he was previously told during recruitment when he would start bringing narcotics into the U.S. from Mexico he would be paid approximately $4,000 USD and that he would be crossing with cocaine.

HERNANDEZ-Reyes stated the individuals he agreed to transport narcotics for would fly himself and RAMIREZ-Gonzalez into the Reynosa, Mexico airport where they would stay at a hotel then drive to the U.S. together. A consensual search of HERNANDEZ-Reyes' cellular phone revealed itineraries saved in the phone for plane tickets for HERNANDEZ-Reyes and

RAMIREZ-Gonzalez with Reynosa, MX as the destination. HERNANDEZ-Reyes stated he and HERNANDEZ-Reyes both flew together and stayed at a hotel the night prior to their crossing on February 12, 2022. HERNANDEZ-Reyes stated he and RAMIREZ-Gonzalez picked up the Ford Expedition the morning of February 12, 2022.

HERNANDEZ-Reyes stated the flight and hotel room were paid for by individuals involved in the organization and he was given approximately $500 USD for spending money while in the U.S. HERNANDEZ-Reyes stated last time they came into the U.S. together, RAMIREZ-Gonzalez had the key to the Ford Expedition in her possession. HERNANDEZ-Reyes stated RAMIREZ-Gonzalez knows the recruiter who recruited him in Mexico to transport narcotics. HERNANDEZ-Reyes stated the recruiter told him to tell law enforcement upon entering the U.S. that RAMIREZ-Gonzalez was his spouse.

Database checks show HERNANDEZ-Reyes and RAMIREZ-Gonzalez began crossing together from Mexico into the U.S. in approximately November 2021 and have crossed together approximately 4 previous times in the Ford Expedition.